PRESS PUBLISHING COMPANY, A DIVISION OF ABARTA CORP., A PENNSYLVANIA CORPORATION t/a ATLANTIC CITY PRESS, PLAINTIFF-APPELLANT, v. ATLANTIC COUNTY ADVERTISER, INC., A NEW JERSEY CORPORATION, t/a ATLANTIC CITY ADVERTISER; MAX RAUCHWARG; HELEN RAUCHWARG; AND DAVE FALCIANO, JOINTLY, SEVERALLY, AND IN THE ALTERNATIVE, DEFENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued January 12, 1971—Decided January 29, 1971.

Before Judges Lewis, Matthews and Mintz.

*Mr. Chaim H. Sandler* argued the cause for appellant.

*Mr. David Jerchower* argued the cause for respondents.

Per Curiam. The judgment is affirmed substantially for the reasons expressed in the opinion of Judge Horn in the Chancery Division, 108 *N. J. Super.* 75.